UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-cv-368-RJC

| | |
|---|---|
| IN RE: | ) |
| | ) |
| J.A. JONES, INC., | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| THE LIQUIDATION COMMITTEE, | ) |
| | ) |
| Plaintiff | ) |
| vs. | ) |
| | ) |
| MARVIN L. FOWLER, | ) |
| | ) |
| Defendant. | ) |

## ORDER WITHDRAWING REFERENCE FOR PURPOSES OF TRIAL

**THIS MATTER** is before this Court upon recommendation of the bankruptcy judge that this matter be withdrawn to this Court for purposes of trial. Based upon cause shown,

**IT IS SO ORDERED.**

Signed: October 16, 2008

Robert J. Conrad, Jr.
Chief United States District Judge